# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CISILINO, MARK | § | Case No. 12-00649 DRC |
| CISILINO, MARY | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/10/2012 . The undersigned trustee was appointed on 03/06/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 13,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 21.75 |
| Bank service fees | | 505.15 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 12,473.10 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/21/2014 and the deadline for filing governmental claims was 01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,050.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,050.00 , for a total compensation of $ 2,050.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.95 , for total expenses of $ 24.95 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2016             By: /s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-00649 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CISILINO, MARK | | | Date Filed (f) or Converted (c): | 01/10/12 (f) |
| | CISILINO, MARY | | | 341(a) Meeting Date: | 03/06/12 |
| For Period Ending: | 07/19/16 | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE - 945 KNOLLWOOD, WEST CHICAGO, I | 430,000.00 | 0.00 | | 0.00 | FA |
| 2. RENTAL PROPERTY - 536 SPRUCE ST., SOUTH ELGIN, IL | Unknown | 0.00 | | 0.00 | FA |
| 3. RENTAL PROPERTY - LOT 16, BIG BAY RD., NECEDAH, WI | 190,611.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Chase Bank | 1,300.00 | 0.00 | | 0.00 | FA |
| 5. Checking account PNC Bank | 700.00 | 0.00 | | 0.00 | FA |
| 6. Savings Bank-AA Fed. Credit Union | 800.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 2,600.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 9. JP Morgan Chase 401(k) | 227,000.00 | 0.00 | | 0.00 | FA |
| 10. 2001 BMW 740i-125,000 miles | 8,025.00 | 0.00 | | 0.00 | FA |
| 11. 2011 Buick Enclave-800 miles | 37,500.00 | 0.00 | | 0.00 | FA |
| 12. CAUSE OF ACTION (u) | 0.00 | 11,000.00 | | 13,000.00 | FA |
| Trustee has retained special counsel to prepare several fraudulent conveyance actions regarding mortgages against properties for which the debtor didn't receive consideration. The mortgages were paid off from sale proceeds. | | | | | |
| 13. Business Checking Account (u) | 10,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $908,936.00 | $11,000.00 | | $13,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

There are still two pending fraudulent conveyance actions which are being litigated. Resolution should be by the end of the year.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 12-00649   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: CISILINO, MARK | Date Filed (f) or Converted (c): 01/10/12 (f) |
| CISILINO, MARY | 341(a) Meeting Date: 03/06/12 |
| | Claims Bar Date: 01/21/14 |

October 07, 2015, 02:19 pm

Trustee settled last of fraudulent conveyance actions. Will review claims and prepare TFR.

October 16, 2014, 11:15 am

Trustee requested docs on sale of Walnut St. and Spruce St., debtor paid investors who may not have had a mortgage,

requested title report and HUD-1 on sales.  Trustee retained special counsel to pursue fraudulent conveyances

October 16, 2013, 05:11 pm

Initial Projected Date of Final Report (TFR): 10/31/13        Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL

_____ Date: 07/19/16

GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-00649 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CISILINO, MARK | | Bank Name: | ASSOCIATED BANK |
| | CISILINO, MARY | | Account Number / CD #: | *******0774  Checking Account |
| Taxpayer ID No: | *******9694 | | | |
| For Period Ending: | 07/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/13 | 12 | Jordan, Kowal & Apostol LLC<br>200 S. Wacker Dr., Ste. 3250<br>Chicago, IL 60606 | Cromie Settlement | 1241-000 | 3,000.00 | | 3,000.00 |
| 11/04/13 | 12 | Johnson Legal Group<br>39 S. LaSalle St., Ste. 820<br>Chicago, IL 60603 | Behlow Settlement | 1241-000 | 8,000.00 | | 11,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.24 | 10,985.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 10,969.43 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.31 | 10,953.12 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.71 | 10,938.41 |
| 04/01/14 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 9.64 | 10,928.77 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 10,912.51 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.70 | 10,896.81 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.20 | 10,880.61 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.65 | 10,864.96 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.15 | 10,848.81 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.13 | 10,832.68 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.59 | 10,817.09 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 10,801.01 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.54 | 10,785.47 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.03 | 10,769.44 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.01 | 10,753.43 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 6.15 | 10,747.28 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.44 | 10,732.84 |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-00649 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CISILINO, MARK | | Bank Name: | ASSOCIATED BANK |
| | CISILINO, MARY | | Account Number / CD #: | *******0774 Checking Account |
| Taxpayer ID No: | *******9694 | | | |
| For Period Ending: | 07/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.96 | 10,716.88 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.42 | 10,701.46 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.91 | 10,685.55 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.37 | 10,670.18 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.86 | 10,654.32 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.84 | 10,638.48 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.31 | 10,623.17 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.79 | 10,607.38 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.26 | 10,592.12 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,576.37 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.72 | 10,560.65 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 5.96 | 10,554.69 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 10,540.00 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.67 | 10,524.33 |
| 05/06/16 | 12 | The Golding Law Office PC<br>Escrow IOLTA Account<br>500 N. Dearborn St,, 2nd Fl.<br>Chicago, IL 60654 | Settlement | 1241-000 | 2,000.00 | | 12,524.33 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.14 | 12,509.19 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.12 | 12,491.07 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.97 | 12,473.10 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: | 12-00649 -DRC |
| Case Name: | CISILINO, MARK |
| | CISILINO, MARY |
| Taxpayer ID No: | *******9694 |
| For Period Ending: | 07/19/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0774 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Account *******0774 | Balance Forward | 0.00 | | |
| 3 | Deposits | 13,000.00 | 3 Checks | 21.75 |
| 0 | Interest Postings | 0.00 | 32 Adjustments Out | 505.15 |
| | Subtotal $ | 13,000.00 | 0 Transfers Out | 0.00 |
| | | | Total $ | 526.90 |
| 0 | Adjustments In | 0.00 | | |
| 0 | Transfers In | 0.00 | | |
| | Total $ | 13,000.00 | | |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 07/19/16
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 19, 2016 |
|---|---|---|---|---|---|---|

Case Number:  12-00649  
Debtor Name:  CISILINO, MARK  

Priority Sequence  

Joint Debtor:  CISILINO, MARY

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: | Administrative | | $0.00 | $2,074.95 | $2,074.95 |
| 001<br>3110-00 | Johnson Legal Group, LLC<br>140 S. Dearborn Street, Ste 1510<br>Chicago, IL 60603 | Administrative | | $0.00 | $6,315.54 | $6,315.54 |
| 000001<br>070<br>7100-90 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $20,662.41 | $20,662.41 |
| 000002<br>070<br>7100-90 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $20,331.50 | $20,331.50 |
| 000003<br>070<br>7100-00 | Valerie Behlow<br>Elizabeth A Bates<br>Spinger Brown LLC<br>400 S County Farm RD Ste 330<br>Wheaton, IL 60187 | Unsecured | | $0.00 | $8,000.00 | $8,000.00 |
| 000004<br>070<br>7100-00 | Associated Bank<br>Attn: Asset Recovery<br>1305 Main Street<br>Stevens Point, WI 54481 | Unsecured | | $0.00 | $138,216.35 | $138,216.35 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $15.79 | $15.79 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $5.96 | $5.96 |
| | Case Totals: | | | $0.00 | $195,622.50 | $195,622.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGIS2    UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Printed: 07/19/16 10:23 AM    Ver: 19.06a

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00649 DRC
Case Name: CISILINO, MARK
             CISILINO, MARY
Trustee Name: GINA B. KROL

| | | |
|---|---|---|
| Balance on hand | $ | 12,473.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Trustee Expenses: GINA B. KROL | $ 24.95 | $ 0.00 | $ 24.95 |
| Other: International Sureties Ltd. | $ 15.79 | $ 15.79 | $ 0.00 |
| Other: Johnson Legal Group, LLC | $ 4,333.33 | $ 0.00 | $ 4,333.33 |
| Other: Johnson Legal Group, LLC | $ 1,982.21 | $ 0.00 | $ 1,982.21 |
| Other: ADAMS-LEVINE | $ 5.96 | $ 5.96 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,390.49 |
| Remaining Balance | $ | 4,082.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 187,210.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 20,662.41 | $ 0.00 | $ 450.60 |
| 000002 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 20,331.50 | $ 0.00 | $ 443.38 |
| 000003 | Valerie Behlow<br>Elizabeth A Bates<br>Spinger Brown LLC<br>400 S County Farm RD Ste 330<br>Wheaton, IL 60187 | $ 8,000.00 | $ 0.00 | $ 174.46 |
| 000004 | Associated Bank<br>Attn: Asset Recovery<br>1305 Main Street<br>Stevens Point, WI 54481 | $ 138,216.35 | $ 0.00 | $ 3,014.17 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 4,082.61 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE