IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | | IN CHAPTER 7 |
| ) | | |
| **Mark Cisilino** ) | | No. 12 B 00649 |
| **Mary Cisilino** ) | | |
| ) | | |
| Debtor(s). ) | | |

## PROOF OF SERVICE

TO:    See Attached


I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on August 11, 2016, by

First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                           BY:/s/ Gina B. Krol
                                                              Ch 7 Bankruptcy Trustee

Service List:

American InfoSource LP as agent for
TD Bank, USA
P.O. Box 248866
Oklahoma City, OK   73124-8866

Valerie Behlow
Elizabeth Bates
Springer Brown, LLC
400 S County Farm Rd, Ste 330
Wheaton, IL   60187

Associated Bank
Attn:   Asset Recovery
1305 Main Street
Stevens Point, WI   54481

Jon Dowat
thinkingoutside@comcast.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov