# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CISILINO, MARK § Case No. 12-00649 DRC
CISILINO, MARY §
§
§
Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 671,063.00                          Assets Exempt: 237,873.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,082.61            Claims Discharged
                                                       Without Payment: 401,421.75

Total Expenses of Administration: 8,917.39

3) Total gross receipts of $ 13,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 13,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 671,631.76 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,917.39 | 8,917.39 | 8,917.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 256,558.08 | 187,210.26 | 187,210.26 | 4,082.61 |
| **TOTAL DISBURSEMENTS** | $ 928,189.84 | $ 196,127.65 | $ 196,127.65 | $ 13,000.00 |

4) This case was originally filed under chapter 7 on 01/10/2012 . The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2016         By: /s/GINA B. KROL
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CAUSE OF ACTION | 1241-000 | 13,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Airlines Fed. Credit Union P.O. Box 619001MD 2100 DFW Airport Dallas, TX 75261 | | 2,952.00 | NA | NA | 0.00 |
| | Associated Bank 200 N Adams St Green Bay, WI 54301 | | 190,611.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15710 Wilmington, DE 19886-5710 | | 41,125.76 | NA | NA | 0.00 |
| | GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | 319,943.00 | NA | NA | 0.00 |
| | GMAC PO Box 9001948 Louisville, KY 40290-1948 | | 117,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 671,631.76 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,050.00 | 2,050.00 | 2,050.00 |
| GINA B. KROL | 2200-000 | NA | 24.95 | 24.95 | 24.95 |
| ADAMS-LEVINE | 2300-000 | NA | 5.96 | 5.96 | 5.96 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 15.79 | 15.79 | 15.79 |
| ASSOCIATED BANK | 2600-000 | NA | 505.15 | 505.15 | 505.15 |
| JOHNSON LEGAL GROUP, LLC | 3210-600 | NA | 4,333.33 | 4,333.33 | 4,333.33 |
| JOHNSON LEGAL GROUP, LLC | 3220-610 | NA | 1,982.21 | 1,982.21 | 1,982.21 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,917.39 | $ 8,917.39 | $ 8,917.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank United 7815 NW 148 St. Hialeah, FL 33016 | | 35,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Bank Po Box 15298 Wilmington, DE 19850 |  | 22,225.65 | NA | NA | 0.00 |
|  | Chase P.o. Box 15298 Wilmington, DE 19850 |  | 14,836.00 | NA | NA | 0.00 |
|  | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 |  | 2,744.00 | NA | NA | 0.00 |
|  | JPMorgan Chase Bank. N.A. P.O. Box 901098 Fort Worth, TX 76101 |  | 100,000.00 | NA | NA | 0.00 |
|  | JPMorgan Chase Bank. N.A. P.O. Box 901098 Fort Worth, TX 76101 |  | 21,269.45 | NA | NA | 0.00 |
|  | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 |  | 219.00 | NA | NA | 0.00 |
|  | Ray & Yvonne Cisilino 14506 Redford Dr. Sterling Heights, MI 48312 |  | 22,000.00 | NA | NA | 0.00 |
| 000004 | ASSOCIATED BANK | 7100-000 | NA | 138,216.35 | 138,216.35 | 3,014.17 |
| 000003 | VALERIE BEHLOW | 7100-000 | NA | 8,000.00 | 8,000.00 | 174.46 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 18,899.00 | 20,662.41 | 20,662.41 | 450.60 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 19,364.98 | 20,331.50 | 20,331.50 | 443.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 256,558.08 | $ 187,210.26 | $ 187,210.26 | $ 4,082.61 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-00649 | DRC | Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | CISILINO, MARK | | | Date Filed (f) or Converted (c): 01/10/12 (f) |
| | CISILINO, MARY | | | 341(a) Meeting Date: 03/06/12 |
| For Period Ending: | 10/12/16 | | | Claims Bar Date: 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE - 945 KNOLLWOOD, WEST CHICAGO, I | 430,000.00 | 0.00 | | 0.00 | FA |
| 2. RENTAL PROPERTY - 536 SPRUCE ST., SOUTH ELGIN, IL | Unknown | 0.00 | | 0.00 | FA |
| 3. RENTAL PROPERTY - LOT 16, BIG BAY RD., NECEDAH, WI | 190,611.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Chase Bank | 1,300.00 | 0.00 | | 0.00 | FA |
| 5. Checking account PNC Bank | 700.00 | 0.00 | | 0.00 | FA |
| 6. Savings Bank-AA Fed. Credit Union | 800.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 2,600.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 9. JP Morgan Chase 401(k) | 227,000.00 | 0.00 | | 0.00 | FA |
| 10. 2001 BMW 740i-125,000 miles | 8,025.00 | 0.00 | | 0.00 | FA |
| 11. 2011 Buick Enclave-800 miles | 37,500.00 | 0.00 | | 0.00 | FA |
| 12. CAUSE OF ACTION (u) | 0.00 | 11,000.00 | | 13,000.00 | FA |
| Trustee has retained special counsel to prepare several fraudulent conveyance actions regarding mortgages against properties for which the debtor didn't receive consideration. The mortgages were paid off from sale proceeds. | | | | | |
| 13. Business Checking Account (u) | 10,000.00 | 0.00 | | 0.00 | FA |

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $908,936.00 | $11,000.00 | $13,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Tee sent TDR to US Tee for Review

October 14, 2016, 12:45 pm

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 12-00649    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | CISILINO, MARK | Date Filed (f) or Converted (c):    01/10/12 (f) |
| | CISILINO, MARY | 341(a) Meeting Date:    03/06/12 |
| | | Claims Bar Date:    01/21/14 |

Tee sent TFR to US Tee for review July 20, 2016, 01:40 pm

There are still two pending fraudulent conveyance actions which are being litigated. Resolution should be by the end of the year.
October 07, 2015, 02:19 pm

Trustee settled last of fraudulent conveyance actions. Will review claims and prepare TFR.
October 16, 2014, 11:15 am

Trustee requested docs on sale of Walnut St. and Spruce St., debtor paid investors who may not have had a mortgage, requested title report and HUD-1 on sales. Trustee retained special counsel to pursue fraudulent conveyances
October 16, 2013, 05:11 pm

Initial Projected Date of Final Report (TFR): 10/31/13     Current Projected Date of Final Report (TFR): 12/31/15

　　　/s/    GINA B. KROL
_____  Date: 10/12/16
　　　GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-00649 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CISILINO, MARK | | Bank Name: | ASSOCIATED BANK |
| | CISILINO, MARY | | Account Number / CD #: | *******0774 Checking Account |
| Taxpayer ID No: | *******9694 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/13 | 12 | Jordan, Kowal & Apostol LLC<br>200 S. Wacker Dr., Ste. 3250<br>Chicago, IL 60606 | Cromie Settlement | 1241-000 | 3,000.00 | | 3,000.00 |
| 11/04/13 | 12 | Johnson Legal Group<br>39 S. LaSalle St., Ste. 820<br>Chicago, IL 60603 | Behlow Settlement | 1241-000 | 8,000.00 | | 11,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.24 | 10,985.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 10,969.43 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.31 | 10,953.12 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.71 | 10,938.41 |
| 04/01/14 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 9.64 | 10,928.77 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.26 | 10,912.51 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.70 | 10,896.81 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.20 | 10,880.61 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.65 | 10,864.96 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.15 | 10,848.81 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.13 | 10,832.68 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.59 | 10,817.09 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.08 | 10,801.01 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.54 | 10,785.47 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.03 | 10,769.44 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.01 | 10,753.43 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965 | | 2300-000 | | 6.15 | 10,747.28 |

Page Subtotals      11,000.00      252.72

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-00649 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CISILINO, MARK | | Bank Name: | ASSOCIATED BANK |
| | CISILINO, MARY | | Account Number / CD #: | *******0774 Checking Account |
| Taxpayer ID No: | *******9694 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.44 | 10,732.84 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.96 | 10,716.88 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.42 | 10,701.46 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.91 | 10,685.55 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.37 | 10,670.18 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.86 | 10,654.32 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.84 | 10,638.48 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.31 | 10,623.17 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.79 | 10,607.38 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.26 | 10,592.12 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,576.37 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.72 | 10,560.65 |
| 02/18/16 | 030003 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 5.96 | 10,554.69 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 10,540.00 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.67 | 10,524.33 |
| 05/06/16 | 12 | The Golding Law Office PC | Settlement | 1241-000 | 2,000.00 | | 12,524.33 |
| | | Escrow IOLTA Account | | | | | |
| | | 500 N. Dearborn St,, 2nd Fl. | | | | | |
| | | Chicago, IL 60654 | | | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.14 | 12,509.19 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.12 | 12,491.07 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.97 | 12,473.10 |
| 09/16/16 | 030004 | GINA B. KROL | Final Distribution | | | 2,074.95 | 10,398.15 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |

Page Subtotals  2,000.00   2,349.13

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-00649 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | CISILINO, MARK | Bank Name: | ASSOCIATED BANK |
| | CISILINO, MARY | Account Number / CD #: | *******0774 Checking Account |
| Taxpayer ID No: | *******9694 | | |
| For Period Ending: | 10/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | Fees          2,050.00 | 2100-000 | | | |
| | | | Expenses          24.95 | 2200-000 | | | |
| 09/16/16 | 030005 | Johnson Legal Group, LLC<br>140 S. Dearborn Street, Ste 1510<br>Chicago, IL 60603 | Final Distribution | | | 6,315.54 | 4,082.61 |
| | | | Fees          4,333.33 | 3210-600 | | | |
| | | | Expenses       1,982.21 | 3220-610 | | | |
| 09/16/16 | 030006 | Valerie Behlow<br>Elizabeth A Bates<br>Spinger Brown LLC<br>400 S County Farm RD Ste 330<br>Wheaton, IL 60187 | Final Distribution<br>(3-1) Money loaned and recovered as settlement on 11 U.S.C. §548 claim<br>(3-1) modified on 10/24/13 to correct creditor address/name (nm) | 7100-000 | | 174.46 | 3,908.15 |
| 09/16/16 | 030007 | Associated Bank<br>Attn: Asset Recovery<br>1305 Main Street<br>Stevens Point, WI 54481 | Final Distribution<br>(4-1) xxxx4470; Note | 7100-000 | | 3,014.17 | 893.98 |
| 09/16/16 | 030008 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final Distribution | 7100-900 | | 450.60 | 443.38 |
| 09/16/16 | 030009 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final Distribution | 7100-900 | | 443.38 | 0.00 |

Page Subtotals     0.00     10,398.15

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page: 4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-00649 -DRC |
| Case Name: | CISILINO, MARK |
| | CISILINO, MARY |
| Taxpayer ID No: | *******9694 |
| For Period Ending: | 10/19/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0774  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,000.00 | 13,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,000.00 | 13,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,000.00 | 13,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - *******0774 | | 13,000.00 | 13,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 13,000.00 | 13,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*